AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marie Von Dohlen, in her individual capacity as sole benficiary,<br>*Plaintiff*<br>v.<br>MetLife Services and Solutions LLC ,<br>*Defendant(s)* | )<br>)<br>)<br>)　Civil Action No.　2:25-cv-7811-RMG<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court **GRANTS** Defendant's motion to dismiss (Dkt. No. 6). Plaintiff's complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding.

Date:　August 28, 2025　　　　　　　　　　　　　　*ROBIN L. BLUME, CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/R. Heinen
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*